**SARA M. PELOQUIN**
California State Bar No.  Pending
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Ortega-Gonzalez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0044-POR |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **GABRIEL ORTEGA-GONZALEZ,** ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: January 10, 2008                  /s/  *Sara Peloquin*
                                                              **SARA M. PELOQUIN**
                                                              Federal Defenders of San Diego, Inc.
                                                              Attorneys for Mr. Ortega-Gonzalez

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 10, 2008          /s/ *Sara Peloquin*
                      **SARA M. PELOQUIN**
                      Federal Defenders of San Diego, Inc.
                      225 Broadway, Suite 900
                      San Diego, CA  92101-5030
                      (619) 234-8467  (tel)
                      (619) 687-2666  (fax)
                      Sara_Peloquin@fd.org