FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR282-WQH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | |
| GABRIEL OCTAVIO ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| ORTEGA-GONZALEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 4, 2008, within the Southern District of California, defendant GABRIEL OCTAVIO ORTEGA-GONZALEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did provide Immigration Officer with a false birth date, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent

1 | when made; in violation of Title 18, United States Code,
2 | Section 1001.
3 | DATED: *February 5, 2008*.

KAREN P. HEWITT
United States Attorney

*[signature]*

for W. MARK CONOVER
Assistant U.S. Attorney